## EVANS *v.* STATE BANK

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR
THE EASTERN DISTRICT OF LOUISIANA.

No. 347.    Argued April 29, 30, 1891.— Decided May 25, 1891.

This case is affirmed on the facts.

*Mr. A. H. Garland* and *Mr. H. J. May* for appellants. *Mr. W. W. Dudley* and *Mr. L. T. Michenor* were with them on the brief.

*Mr. J. McConnell* for appellee.

FULLER, C. J. : This case was decided by the Circuit Court in favor of the State National Bank, upon the facts, and after a patient investigation of the record, with the aid afforded by the arguments and briefs of counsel, we are unable to hold that the Circuit Court erred in the conclusions at which it arrived.

The decree will, therefore, be

*Affirmed.*